## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BILLY JOE WINROW,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-13-537-R** |
| | ) | |
| **JUSTIN JONES, Director,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell.  Doc. No. 6.  No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted.  Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2241 petition of Billy Joe Winrow for a writ of habeas corpus is DENIED.

IT IS SO ORDERED this 20th day of June, 2013

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE